| AO 10*<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Granade, Callie V. | 2. Court or Organization<br><br>U.S. District Court Southern District of Alabama | 3. Date of Report<br><br>09/27/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>155 St. Joseph Street<br>Mobile, Alabama 36602 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | The First, A National Banking Association (Director's fees for Southwest Bancshares, Inc.,)(see note) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | The First, A National Banking Association | Note secured by lot, house and rental cottage in Fairhope, AL | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock (see note) | D | Int./Div. | | | Sold | 03/01/18 | P1 | F | |
| 2. First Community Bank Accounts | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 4. Morgan Stanley Brokerage Account (H) | | | | | | | | | |
| 5. -- Allstate Life Variable Annuity: AB VPS Lg Cap Grw Port-Cls B | | None | M | T | | | | | |
| 6. Schwab IRA #1 (H) (see note) | | | | | | | | | |
| 7. -- Schwab Govt Money Fund SWGXX | A | Int./Div. | J | T | Buy (add'l) | 03/20/18 | O | | |
| 8. | | | | | Redeemed (part) | 04/06/18 | N | | |
| 9. | | | | | Redeemed (part) | 04/09/18 | N | | |
| 10. | | | | | Redeemed (part) | 05/04/18 | J | | |
| 11. | | | | | Redeemed (part) | 07/25/18 | J | | |
| 12. | | | | | Redeemed (part) | 10/19/18 | J | | |
| 13. | | | | | Redeemed (part) | 12/31/18 | J | | |
| 14. --Harding Loevner Emerg. Mkts Adv CL | A | Dividend | K | T | | | | | |
| 15. -- Oppenheimer Dev Mkts Fd Cl Y | A | Dividend | J | T | | | | | |
| 16. -- Vanguard Equity Income FD Admiral | A | Dividend | K | T | Buy (add'l) | 04/05/18 | K | | |
| 17. -- Vanguard Total World Stock ETF | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Primecap Odyssey Aggr Growth Fd | A | Dividend | J | T | | | | | |
| 19. -- Vanguard Small Cap ETF | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 20. --Vanguard Mega Cap Growth | A | Dividend | J | T | | | | | |
| 21. --Vanguard FTSE Developed Mkts | A | Dividend | K | T | Buy | 04/05/18 | K | | |
| 22. --Vanguard Mega Cap ETF | A | Dividend | K | T | Buy | 04/05/18 | K | | |
| 23. --Vangaurd Mid Cap Value ETF | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 24. --JP Morgan Chase Valerian EPN | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 25. --Vanguard Mid Cap ETF | A | Dividend | K | T | Buy | 04/05/18 | K | | |
| 26. --Schwab Short Term US Treasury ETF | A | Dividend | L | T | Buy | 04/05/18 | L | | |
| 27. --Schwab US Aggregate Bond ETF | B | Int./Div. | M | T | Buy | 04/05/18 | M | | |
| 28. --Primecap Odyssey Growth | A | Dividend | K | T | Buy | 04/05/18 | K | | |
| 29. --Janus Henderson Enterprise FD T | A | Dividend | | | Buy | 04/05/18 | K | | |
| 30. | | | | | Sold | 09/06/18 | K | B | |
| 31. --Janus Henderson Enterprise FD 1 | B | Dividend | K | T | Buy | 09/06/18 | K | | |
| 32. --Vangaurd Short Term nvestment rade Fund Admiral | C | Dividend | M | T | Buy | 04/05/18 | M | | |
| 33. --Brown Cap Mgmt Small Co Fd Inst C: | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 34. --Mondrian Intl Eqty | B | Dividend | K | T | Buy | 04/05/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38.    Schwab Brokerage Account #1 (H) | | | | | | | | | |
| 39.    Schwab Govt Money Fund sweep acct. SWGXX | B | Int./Div. | L | T | Sold (part) | 01/08/18 | J | | |
| 40. | | | | | Sold (part) | 01/22/18 | J | | |
| 41. | | | | | Sold (part) | 02/05/18 | J | | |
| 42. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 43. | | | | | Sold (part) | 02/26/18 | J | | |
| 44. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 45. | | | | | Buy (add'l) | 03/26/18 | O | | |
| 46. | | | | | Sold (part) | 03/28/18 | L | | |
| 47. | | | | | Sold (part) | 03/29/18 | N | | |
| 48. | | | | | Sold (part) | 04/02/18 | O | | |
| 49. | | | | | Sold (part) | 04/05/18 | J | | |
| 50. | | | | | Buy (add'l) | 04/09/18 | K | | |
| 51. | | | | | Buy (add'l) | 04/12/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/17/18 | L | | |
| 53. | | | | | Buy (add'l) | 04/19/18 | K | | |
| 54. | | | | | Buy (add'l) | 04/20/18 | M | | |
| 55. | | | | | Buy (add'l) | 04/23/18 | K | | |
| 56. | | | | | Buy (add'l) | 04/24/18 | K | | |
| 57. | | | | | Buy (add'l) | 04/25/18 | K | | |
| 58. | | | | | Buy (add'l) | 04/26/18 | J | | |
| 59. | | | | | Buy (add'l) | 04/27/18 | K | | |
| 60. | | | | | Sold (part) | 04/30/18 | M | | |
| 61. | | | | | Buy (add'l) | 05/02/18 | L | | |
| 62. | | | | | Sold (part) | 05/04/18 | L | | |
| 63. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 64. | | | | | Buy (add'l) | 05/09/18 | K | | |
| 65. | | | | | Sold (part) | 05/11/18 | J | | |
| 66. | | | | | Sold (part) | 05/16/18 | J | | |
| 67. | | | | | Sold (part) | 05/18/18 | L | | |
| 68. | | | | | Buy (add'l) | 05/29/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/04/18 | K | | |
| 70. | | | | | Buy (add'l) | 06/07/18 | K | | |
| 71. | | | | | Sold (part) | 06/08/18 | K | | |
| 72. | | | | | Sold (part) | 06/15/18 | K | | |
| 73. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 74. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 75. | | | | | Sold (part) | 07/02/18 | J | | |
| 76. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 77. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 78. | | | | | Buy (add'l) | 07/12/18 | K | | |
| 79. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 80. | | | | | Buy (add'l) | 07/24/18 | K | | |
| 81. | | | | | Sold (part) | 07/25/18 | J | | |
| 82. | | | | | Sold (part) | 07/31/18 | J | | |
| 83. | | | | | Sold (part) | 08/01/18 | J | | |
| 84. | | | | | Sold (part) | 08/02/18 | L | | |
| 85. | | | | | Buy (add'l) | 08/09/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 87. | | | | | Sold (part) | 08/22/18 | K | | |
| 88. | | | | | Sold (part) | 08/28/18 | J | | |
| 89. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 90. | | | | | Sold (part) | 09/06/18 | K | | |
| 91. | | | | | Sold (part) | 09/17/18 | J | | |
| 92. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 93. | | | | | Buy (add'l) | 09/21/18 | K | | |
| 94. | | | | | Sold (part) | 09/28/18 | J | | |
| 95. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 96. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 97. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 98. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 99. | | | | | Sold (part) | 10/19/18 | J | | |
| 100. | | | | | Sold (part) | 10/29/18 | J | | |
| 101. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 102. | | | | | Sold (part) | 11/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 104. | | | | | Sold (part) | 12/12/18 | J | | |
| 105. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 106. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 107. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 108. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 109. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 110. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 111. | | | | | Sold (part) | 12/28/18 | J | | |
| 112. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 113.  -- Apple Computer Inc. common stock | C | Dividend | L | T | Donated (part) | | | | |
| 114.  -- Diageo PPLC SponADR stock | C | Dividend | M | T | | | | | |
| 115.  -- Duke Energy Corp Hldg. Co. stock | B | Dividend | L | T | | | | | |
| 116.  --First Bancshares Inc. (see note) | A | Dividend | | | Open | 04/04/18 | P1 | | |
| 117. | | | | | Sold (part) | 04/09/18 | L | E | |
| 118. | | | | | Sold (part) | 04/10/18 | K | D | |
| 119. | | | | | Sold (part) | 04/11/18 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 04/12/18 | L | E | |
| 121. | | | | | Sold (part) | 04/17/18 | J | A | |
| 122. | | | | | Sold (part) | 04/17/18 | M | E | |
| 123. | | | | | Sold (part) | 04/19/18 | K | E | |
| 124. | | | | | Sold (part) | 04/19/18 | K | E | |
| 125. | | | | | Sold (part) | 04/20/18 | K | D | |
| 126. | | | | | Sold (part) | 04/23/18 | J | D | |
| 127. | | | | | Sold (part) | 04/24/18 | K | E | |
| 128. | | | | | Sold (part) | 04/25/18 | M | E | |
| 129. | | | | | Sold (part) | 04/26/18 | N | G | |
| 130. | | | | | Sold (part) | 04/27/18 | L | E | |
| 131. | | | | | Sold (part) | 04/30/18 | L | E | |
| 132. | | | | | Sold (part) | 05/01/18 | L | E | |
| 133. | | | | | Sold (part) | 05/02/18 | L | E | |
| 134. | | | | | Sold (part) | 05/03/18 | L | E | |
| 135. | | | | | Sold (part) | 05/04/18 | L | E | |
| 136. | | | | | Sold (part) | 05/07/18 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Kimberly Clark Corp. stock | C | Dividend | M | T | | | | | |
| 138. -- MFS Intl Value Cl I | B | Dividend | M | T | Buy (add'l) | 01/18/18 | M | | |
| 139. | | | | | Buy (add'l) | 05/14/18 | K | | |
| 140. | | | | | Buy (add'l) | 05/25/18 | K | | |
| 141. | | | | | Sold (part) | 12/21/18 | L | D | |
| 142. -- Microsoft common stock | A | Dividend | K | T | Donated (part) | | | | |
| 143. -- Nestle Spon ADR stock | C | Dividend | M | T | | | | | |
| 144. -- Pepsico Inc. NC stock | C | Dividend | M | T | | | | | |
| 145. --Invesco Dynamic Market ETF (formerly Powershares Dynamic Market ETF | A | Dividend | K | T | | | | | |
| 146. -- Investco Water Resources ETF (see note) | A | Dividend | L | T | | | | | |
| 147. D-- Sherwin Williams Co. stock | B | Dividend | M | T | | | | | |
| 148. -- U. S. Bancorp common stock | B | Dividend | L | T | | | | | |
| 149. -- American FD Amcap Fund A | D | Dividend | L | T | | | | | |
| 150. -- American FD Growth FD of America CL A (see note) | C | Dividend | K | T | | | | | |
| 151. -- American FD Inv Co. of America CL A (see note) | D | Dividend | L | T | | | | | |
| 152. --Blackrock Commodity Strategies Inst | A | Dividend | | | Buy | 04/30/18 | K | | |
| 153. | | | | | Sold | 12/21/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  --MFS Intl Value Cl 1 | | None | | | Sold | 01/18/18 | M | C | |
| 155.  --Oppenheimer Dev Mkts Fd Cl 1 | A | Dividend | | | Buy | 04/30/18 | K | | |
| 156. | | | | | Buy (add'l) | 05/14/18 | K | | |
| 157. | | | | | Buy (add'l) | 05/25/18 | K | | |
| 158. | | | | | Sold | 12/21/18 | L | | |
| 159.  -- Vanguard Consumer Discretionary ETF | B | Dividend | M | T | | | | | |
| 160.  -- Vanguard Financials ETF | B | Dividend | L | T | | | | | |
| 161.  -- Vanguard Health Care ETF | B | Dividend | M | T | | | | | |
| 162.  -- Vanguard FTSE Developed Markets ETF | C | Dividend | | | Buy (add'l) | 04/03/18 | L | | |
| 163. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 164. | | | | | Buy (add'l) | 05/14/18 | M | | |
| 165. | | | | | Sold | 12/21/18 | M | | |
| 166.  -- Vanguard Industrials ETF | B | Dividend | L | T | | | | | |
| 167.  -- Vanguard Mid Cap ETF | C | Dividend | M | T | Buy (add'l) | 04/30/18 | K | | |
| 168. | | | | | Buy (add'l) | 05/14/18 | L | | |
| 169. | | | | | Sold | 12/21/18 | L | | |
| 170.  -- Vanguard Mid Cap Value ETF | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -- Vanguard Small Cap ETF | A | Dividend | K | T | Buy (add'l) | 05/25/18 | J | | |
| 172. | | | | | Sold (part) | 12/21/18 | J | | |
| 173.  --Harding Loevner Emerging Mkts Adv CL | A | Dividend | | | Buy | 04/06/18 | K | | |
| 174. | | | | | Sold (part) | 12/11/18 | K | | |
| 175.  --Janus Henerson Ent Fd 1 | A | Dividend | | | Buy | 09/06/18 | L | | |
| 176. | | | | | Sold | 12/21/18 | L | | |
| 177.  --Janus Henderson Ent Fd T | | None | | | Buy | 05/14/18 | L | | |
| 178. | | | | | Buy (add'l) | 08/22/18 | K | | |
| 179. | | | | | Sold | 09/06/18 | L | C | |
| 180.  --Schwab Municipal Money Fund | B | Dividend | O | T | Buy | 05/03/18 | P1 | | |
| 181. | | | | | Buy (add'l) | 05/04/18 | L | | |
| 182. | | | | | Sold (part) | 05/14/18 | N | | |
| 183. | | | | | Sold (part) | 05/25/18 | L | | |
| 184. | | | | | Sold (part) | 06/05/18 | K | | |
| 185. | | | | | Sold (part) | 06/13/18 | K | | |
| 186. | | | | | Sold (part) | 06/22/18 | K | | |
| 187. | | | | | Sold (part) | 06/28/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 07/10/18 | K | | |
| 189. | | | | | Sold (part) | 07/20/18 | K | | |
| 190. | | | | | Sold (part) | 08/07/18 | L | | |
| 191. | | | | | Sold (part) | 08/17/18 | K | | |
| 192. | | | | | Sold (part) | 08/20/18 | K | | |
| 193. | | | | | Sold (part) | 08/22/18 | K | | |
| 194. | | | | | Sold (part) | 09/13/18 | L | | |
| 195. | | | | | Sold (part) | 09/19/18 | L | | |
| 196. | | | | | Buy (add'l) | 12/24/18 | O | | |
| 197. --US Treasury Bill 19U S T Bill due 3/28/19 | | | N | T | Buy | 03/27/18 | N | | |
| 198. --US Treas Nt 1.25%03/19 | A | Interest | M | T | Buy | 04/16/18 | M | | |
| 199. --Birmingham AL HLTH 6%34 | C | Interest | J | T | Buy | 03/26/18 | L | | |
| 200. --Tuscaloosa AL 5% Warr 8/1/19 | B | Interest | K | T | Buy | 06/28/18 | L | | |
| 201. --Alabama St Public Schcl 5%20 | A | Interest | K | T | Buy | 06/13/18 | K | | |
| 202. --Mobile AL 5%20 Go UTX | B | Interest | K | T | Buy | 06/21/18 | K | | |
| 203. -- Gadsden ALWWKS&S 4.5% Comb Util | B | Interest | K | T | Buy | 04/11/18 | K | | |
| 204. --Vestavia Hills ALA 5%20 DB | A | Interest | L | T | Buy | 08/17/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Huntsville AL 4%20 DB LTX | A | Interest | K | T | Buy | 05/09/18 | K | | |
| 206. --Birmingham AL WW BR 5%41 Util | B | Interest | L | T | Buy | 05/16/18 | L | | |
| 207. --Opelika Alabama Elec 4.2%22 Warr | A | Interest | K | T | Buy | 03/26/18 | K | | |
| 208. --Auburn AL 3%21 DB UTX | A | Interest | L | T | Buy | 04/20/18 | L | | |
| 209. --Tuscaloosa ALA City 5%21 Warr | A | Interest | K | T | Buy | 05/16/18 | J | | |
| 210. --Brewton AL 3%21 DB LTX | B | Interest | L | T | Buy | 03/28/18 | L | | |
| 211. --Alabama St Pb Sch & Col 5%22 Excise | | None | L | T | Buy | 09/13/18 | L | | |
| 212. --Alabama St Univ 4.125%42 | B | Interest | L | T | Buy | 04/11/18 | L | | |
| 213. --Ala Federal Aid HWY Auth 5%23 | A | Interest | K | T | Buy | 07/30/18 | K | | |
| 214. --Ala Fed Aid HWY Auth 5%26 | A | Interest | K | T | Buy | 04/11/18 | K | | |
| 215. --Auburn Univ AL GNFE 5%23 Pub Educ | A | Interest | K | T | Buy | 06/01/18 | K | | |
| 216. --Baldwin County Ala 5%23 GO LTX | B | Interest | L | T | Buy | 08/20/18 | L | | |
| 217. --Huntsville A: 4%23 GO LTX | B | Interest | L | T | Buy | 06/18/18 | L | | |
| 218. --Madison A: 4%24 Go Utx | | None | L | T | Buy | 07/20/18 | L | | |
| 219. --Vestavia Hills AL 5%24 DB Utx | | None | L | T | Buy | 08/09/18 | L | | |
| 220. 1/12 mineral rights, parcel in Washington County, Alabama | | None | J | W | | | | | |
| 221. Note - Daphne Offices, LLC (see note) | F | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. 1/3 interest in real estate parcel #1 in Washington Cty ,AL | | None | L | W | | | | | |
| 223. 1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 224. 1/2 int in real estate Parcel #3 in Washington Cty, AL | | None | J | W | | | | | |
| 225. 3% interest in realty in Fairhope, AL (see note) | | None | K | W | | | | | |
| 226. Schwab IRA #2 (H) | | | | | | | | | |
| 227. --Schwab Sort Term S Treasury ETF | A | Interest | | | Sold | 09/12/18 | J | | |
| 228. -- Schwab Aggregate Bond ETF | B | Dividend | L | T | | | | | |
| 229. --Vanguard FTSE Developed Markets ETF | C | Dividend | L | T | | | | | |
| 230. --Vanguard Mega Cap ETF | B | Dividend | L | T | | | | | |
| 231. --Vanguard Mega Cap Growth ETF | A | Dividend | K | T | | | | | |
| 232. --Vanguard Mid Cap ETF | B | Dividend | L | T | | | | | |
| 233. --Vanguard Mid Cap Value ETF | B | Dividend | K | T | | | | | |
| 234. --Vanguard Short Term Cor BD Etf | C | Dividend | L | T | | | | | |
| 235. --Vanguard Small Cap ETF | A | Dividend | K | T | | | | | |
| 236. --Vanguard Core BD ADM | A | Dividend | | | Sold | 09/12/18 | K | | |
| 237. --Vanguard High Yield Corp Fund Investor Share | A | Dividend | | | Sold | 09/12/18 | K | | |
| 238. --Vanguard Short Term Investment Grade Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239.  --Blackrock Health Science | B | Dividend | K | T | | | | | |
| 240.  --Brown Cap Mgmt Small Co | B | Dividend | J | T | | | | | |
| 241.  --Columbia Divdend Income | B | Dividend | K | T | | | | | |
| 242.  --Harding Loevner Emerging | A | Dividend | K | T | | | | | |
| 243.  --MFS Intl Value Cl 1 | D | Dividend | M | T | Buy (add'l) | 01/18/18 | M | | |
| 244. | | | | | Buy (add'l) | 09/12/18 | L | | |
| 245.  --Oakmark Fund Inv | D | Dividend | L | T | | | | | |
| 246.  --Oppenheimer Developing Mkts Fd Cl 1 | A | Dividend | K | T | | | | | |
| 247.  --Primecap Odyssey AGGR Growth Fund | C | Dividend | K | T | | | | | |
| 248.  --Vanguard DIV Gowth Investor FD | C | Dividend | L | T | | | | | |
| 249.  --Virtus Duff & Phelps Blbl Rel Estate Sec I | A | Dividend | J | T | | | | | |
| 250.  Primecap Odyssey Stock FD (see note) | C | Dividend | L | T | | | | | |
| 251.  --Bank Sweep | A | Interest | J | T | | | | | |
| 252.  --Schwab Brokerage Acount #2 (H) (Y) | | | | | | | | | |
| 253.  --Schwab Mini Money Fund | B | Dividend | O | T | Buy | 03/29/18 | N | | |
| 254. | | | | | Sold (part) | 04/03/18 | M | | |
| 255. | | | | | Sold (part) | 04/05/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 04/17/18 | K | | |
| 257. | | | | | Buy (add'l) | 04/27/18 | O | | |
| 258. | | | | | Sold (part) | 04/30/18 | M | | |
| 259. | | | | | Buy (add'l) | 05/04/18 | N | | |
| 260. | | | | | Sold (part) | 05/14/18 | M | | |
| 261. | | | | | Sold (part) | 05/30/18 | M | | |
| 262. | | | | | Sold (part) | 06/11/18 | L | | |
| 263. | | | | | Sold (part) | 06/12/18 | K | | |
| 264. | | | | | Sold (part) | 06/18/18 | K | | |
| 265. | | | | | Sold (part) | 06/21/18 | M | | |
| 266. | | | | | Sold (part) | 06/22/18 | K | | |
| 267. | | | | | Sold (part) | 06/28/18 | K | | |
| 268. | | | | | Sold (part) | 07/20/18 | L | | |
| 269. | | | | | Sold (part) | 07/30/18 | K | | |
| 270. | | | | | Sold (part) | 08/17/18 | K | | |
| 271. | | | | | Buy (add'l) | 09/12/18 | N | | |
| 272. | | | | | Sold (part) | 12/11/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 12/24/18 | O | | |
| 274. --US Treasury Bill19 | | None | M | T | Buy | 03/27/18 | M | | |
| 275. --US Treasury Nt 1.25% | A | Interest | M | T | Buy | 04/16/18 | M | | |
| 276. --Birmingham AL WW 3.75% 19 Water Utili | A | Interest | K | T | Buy | 05/29/18 | K | | |
| 277. --Tuscaloosa AL 5%19 Warr | A | Interest | K | T | Buy | 05/29/18 | K | | |
| 278. --Mobile AL 5%20 GO UTX | B | Interest | K | T | Buy | 06/21/18 | K | | |
| 279. --Huntsville AL 5%20 GO LTX | A | Interest | K | T | Buy | 04/11/18 | K | | |
| 280. Vestavia Hills AL 5%20 DB UTX | | None | L | T | Buy | 08/17/18 | L | | |
| 281. --Birmingham AL WW BR 5%25 WTR Util | A | Interest | K | T | Buy | 05/10/18 | K | | |
| 282. --Birmingham AL WW BR 5%41 Wtr Util | B | Interest | L | T | Buy | 05/30/18 | L | | |
| 283. --Alabama St Pb Schcl 5%21 | A | Interest | K | T | Buy | 06/12/18 | K | | |
| 284. --Brewton AL 3%21 DB LTX | A | Interest | K | T | Buy | 03/28/18 | K | | |
| 285. --Alabama St. Univ 4.125%42 Pub Educ | A | Interest | K | T | Buy | 04/11/18 | K | | |
| 286. --Auburn AL 3%22 DB UTX | A | Interest | K | T | Buy | 04/20/18 | K | | |
| 287. --AL Fed Aid HWY Auth 5%24 Hwy Tran | B | Interest | L | T | Buy | 05/30/18 | L | | |
| 288. --AL Fed Aid HWY Auth 5%25 Hwy Tran | A | Interest | K | T | Buy | 07/30/18 | K | | |
| 289. --Madison AL 4%24 GO UTX | | None | L | T | Buy | 07/20/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  First Banchsares Inc stock (see note) | A | Dividend | | | Open | 04/03/18 | P1 | | |
| 291. | | | | | Sold (part) | 04/09/18 | L | E | |
| 292. | | | | | Sold (part) | 04/10/18 | K | D | |
| 293. | | | | | Sold (part) | 04/11/18 | K | D | |
| 294. | | | | | Sold (part) | 04/12/18 | L | E | |
| 295. | | | | | Sold (part) | 04/17/18 | L | A | |
| 296. | | | | | Sold (part) | 04/17/18 | L | E | |
| 297. | | | | | Sold (part) | 04/19/18 | K | E | |
| 298. | | | | | Sold (part) | 04/19/18 | K | D | |
| 299. | | | | | Sold (part) | 04/20/18 | K | D | |
| 300. | | | | | Sold (part) | 04/23/18 | J | C | |
| 301. | | | | | Sold (part) | 04/24/18 | K | E | |
| 302. | | | | | Sold (part) | 04/25/18 | L | E | |
| 303. | | | | | Sold (part) | 04/26/18 | N | G | |
| 304. | | | | | Sold (part) | 04/27/18 | L | E | |
| 305. | | | | | Sold (part) | 04/30/18 | L | E | |
| 306. | | | | | Sold (part) | 05/01/18 | L | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 05/02/18 | L | E | |
| 308. | | | | | Sold (part) | 05/03/18 | L | E | |
| 309. | | | | | Sold (part) | 05/04/18 | L | E | |
| 310. | | | | | Sold | 05/07/18 | K | D | |
| 311. --Brown Cap Mgmt Small Co Fd Inst Cl | | None | | | Buy | 06/11/18 | J | | |
| 312. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 313. | | | | | Sold | 12/21/18 | K | | |
| 314. --Primecap Odessey Aggr Growth Fd | A | Dividend | | | Buy | 04/30/18 | K | | |
| 315. | | | | | Buy (add'l) | 05/14/18 | K | | |
| 316. | | | | | Sold | 12/21/18 | L | | |
| 317. --Columbia Dividend Income Fd Cl Inst 2 | B | Dividend | | | Buy | 04/03/18 | J | | |
| 318. | | | | | Buy (add'l) | 04/05/18 | K | | |
| 319. | | | | | Buy (add'l) | 05/14/18 | L | | |
| 320. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 321. | | | | | Sold | 12/21/18 | L | | |
| 322. --MFS Intl Value CL R6 | A | Dividend | | | Buy | 05/14/18 | L | | |
| 323. | | | | | Buy (add'l) | 06/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 06/21/18 | K | | |
| 325. | | | | | Sold (part) | 09/11/18 | L | A | |
| 326. | | | | | Sold | 12/21/18 | K | | |
| 327. --Primecap Odessey Growth | A | Dividend | | | Buy | 04/05/18 | K | | |
| 328. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 329. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 330. | | | | | Sold | 12/21/18 | L | | |
| 331. --Vanguard Small Cap ETF | A | Dividend | | | Buy | 04/03/18 | K | | |
| 332. | | | | | Sold | 12/21/18 | K | | |
| 333. --Vanguard Mid Cap ETF | A | Dividend | | | Buy | 04/03/18 | K | | |
| 334. | | | | | Buy (add'l) | 04/05/18 | K | | |
| 335. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 336. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 337. | | | | | Buy (add'l) | 06/21/18 | K | | |
| 338. | | | | | Sold | 12/21/18 | L | A | |
| 339. --Vanguard Mega CAP Growth ETF | A | Dividend | | | Buy | 04/05/18 | K | | |
| 340. | | | | | Buy (add'l) | 04/30/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 09/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 05/14/18 | K | | |
| 342. | | | | | Sold | 12/21/18 | L | | |
| 343. --Vanguard Mega Cap ETF | B | Dividend | | | Buy | 04/03/18 | J | | |
| 344. | | | | | Buy (add'l) | 04/03/18 | K | | |
| 345. | | | | | Buy (add'l) | 04/05/18 | K | | |
| 346. | | | | | Buy (add'l) | 05/14/18 | K | | |
| 347. | | | | | Buy (add'l) | 06/21/18 | L | | |
| 348. | | | | | Sold | 12/21/18 | M | | |
| 349. --JP Morgan Chase Valerian ETN | B | Dividend | | | Buy | 04/05/18 | K | | |
| 350. | | | | | Sold | 12/21/18 | K | | |
| 351. --Mondrian Intl Eqty | | None | | | Buy | 04/05/18 | K | | |
| 352. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 353. | | | | | Sold | 09/11/18 | L | | |
| 354. --Harding Loevner Emerging Mkts Adv Cl | | None | | | Buy | 04/03/18 | J | | |
| 355. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 356. | | | | | Sold | 09/11/18 | J | | |
| 357. --Oppenheimer Dev Mkts FD Cl 1 | | None | | | Buy | 04/30/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 09/11/18 | K | | |
| 359. —Blackrock Commodity Strat Inst | | None | | | Buy | 04/30/18 | K | | |
| 360. | | | | | Sold | 09/11/18 | K | | |
| 361. --Vanguard Mid Cap Value ETF | A | Dividend | | | Buy | 05/14/18 | K | | |
| 362. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 363. | | | | | Sold | 09/11/18 | K | A | |
| 364. --Vanguard FTSE Developed Mkts ETF | A | Dividend | | | Buy | 04/05/18 | K | | |
| 365. | | | | | Buy (add'l) | 04/30/18 | K | | |
| 366. | | | | | Sold | 09/11/18 | L | | |
| 367. --Vanguard FTSE Emerging Mkts ETF | A | Dividend | | | Buy | 05/14/18 | K | | |
| 368. | | | | | Sold | 09/11/18 | J | | |
| 369. --ETFS Blmbrg All Comdt Strtg K 1 ETF | | None | | | Buy | 06/11/18 | J | | |
| 370. | | | | | Sold | 09/11/18 | J | | |
| 371. --Bank Sweep | A | Interest | J | T | | | | | |
| 372. Trust #1 (H) (Y) (see note) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III, Line 1: Southwest Bancshares, Inc., the holding Company for First Community Bank, Chatom, Alabama, was acquired by The First, a National Banking Association, during 2018.

Part VII, Line 1: Shareholders of Southwest Bancshares were paid for their shares by The First, a National Banking Association, with 40% in cash and 60% in shares in The First, a National Banking Association. The capital gain reported on this line is for the cash portion of the sale. The capital gain on the The First shares received is reported on the lines reporting the sale of those shares.

Part VII, Line 6: #1 added to the description becasue another Schwab Brokerage account was opened in 2018. See Part VII, Line 252.

Part VIi, Line 116: First Bancshares Inc stock was received as partial payment for the sale of Southwest Bancshares Inc stock. See note at Part VII, Line, 1, above.

Part VII, Line154: This asset was mistakenly reported twice on the 2017 report. It is reported here on Part VII, Line 138.

Part VII, Line 221: The note from Daphne Offices, LLC calls for monthly payments of 5002.98 for 60 consecutive months beginning March 1, 2017. The monthly payments include both interest and principle pursuant to an amortization schedule, but the form does not have a category for principle portion of the payments it only allows me to report "interest" as income. Nor can I figure out how to report or categorize the monthly payments under the transaction portion of the form.

Part VII, Line 225: Although there is a rental cottage on the property, no reportable person receives any of the rental income. A reportable person is on the note for the property... see Part VI, Line 1.

Part VII, Line 250: Primecap Odyssey Stock FD was mistakenly reported as sold on the 2017 Report.

Part VII, Line 290: First Bancshares Inc stock was recieved as partial payment for the Southwest Bancshares Inc stock. See note at Part VII, Line 1, above.

Part VII, Line 372:: The assets of this trust are not reportable because neither the filer nor spouse has a beneficial interest. It will not be included on future financial dislosure reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Callie V. Granade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544